**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re MarOpCo

Appellate case number:      01-15-00579-CV

Trial court case number:    2015-34950

Trial court:                11th District Court of Harris County

Relator, MarOpCo, Inc., has filed a petition for a writ of mandamus and an emergency motion for temporary relief. The motion for temporary relief is **GRANTED IN PART**. The portions of the trial court's Temporary Restraining Order, signed on July 2, 2015, that require

- MarOpCo to provide Plaintiffs access to its computers by returning to Plaintiffs one of the workstations identified in the affidavit of Plaintiff Preston Marshall, specifically that workstation used by Sheldon Black, the controller for Rusk Capital, on or before by 5 p.m. on July 3, 2015,

- MarOpCo to return the Rusk Server to Plaintiffs on or before 5 p.m. on July 3, 2015, and

- MarOpCo to return to Plaintiffs thirty-one (31) boxes of physical, tangible files, documents, and personal property belonging to Plaintiffs and/or the Affected Entities on or before 5 p.m. on July 3, 2015,

are stayed. The remainder of the trial court's July 2, 2015 Temporary Restraining Order remains in effect.

This Court's stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court. *See* TEX. R. APP. P. 52.10(b).

The Court **REQUESTS** a response from real parties in interest to the petition for writ of mandamus.  The response, if any, is due no later than Friday, July 10, 2015.

It is so ORDERED.

Judge's signature:        /s/ Justice Harvey Brown
                          ☒  Acting individually     ☐  Acting for the Court

Date:  July 3, 2015